7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* William Joseph Ballard
*Debtor*

*Bankruptcy Case No.*
12–44692–abf7

**Ivory and Rise Williams**
  Plaintiff(s)

*Adversary Case No.*
13–04002–abf

v.

**William Joseph Ballard**
  Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: That Judgment is entered in favor of Debtor–Defendant William Joseph Ballard. The Debtor's Request for Attorneys' Fees is DENIED. Each party to bear its own costs.

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
   Deputy Clerk

Date of issuance: 6/25/13

Court to serve